IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:17mc3795-MHT |
| | ) | (WO) |
| KOCH FOODS, INC., | ) | |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| LAQUANTA GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL DISPOSITION ORDER

A writ of continuing garnishment was issued on September 20, 2017, and served upon garnishee Koch Foods, Inc. on September 25, 2017. Garnishee filed an answer on May 18, 2018, stating that it employs defendant LaQuanta Grant and would withhold from Grant's wages or salary the amount required by law on a monthly basis.

Grant was notified of her right to a hearing and has not requested one or otherwise objected to the writ.

***

Accordingly, it is ORDERED that:

(1) Garnishee Koch Foods, Inc. shall withhold 25 % from defendant LaQuanta Grant's net monthly pay and shall promptly remit the identified nonexempt funds every pay period to the clerk of the court, One Church Street, Suite B-110, Montgomery, AL 36104;

(2) The clerk of court shall apply these funds to the restitution balance owed by defendant Grant in case 2:10-cr-242-WHA (M.D. Ala.).

(3) This garnishment order shall remain in effect until (a) the debt owed to plaintiff United States of America is satisfied, (b) defendant Grant ceases employment with garnishee Koch Foods, Inc. (unless garnishee reinstates or reemploys defendant Grant within 90 days after the defendant Grant's dismissal or

resignation), or (c) this court enters an order quashing the writ of continuing garnishment.

(4) Plaintiff United States of America shall promptly notify the court and the other parties upon satisfaction of the debt.

(5) In light of the entry of this order and of the government's notice (doc. no. 8) that the garnishee has voluntarily paid the requested $ 2,297.95 for the missed garnishment period, plaintiff United States of America's motion for entry of final disposition order (doc. no. 7) is denied as moot.

This case is administratively closed.

DONE, this the 6th day of June, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE