IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | MISC. ACTION NO. |
| v. | ) ) | 2:17mc3795-MHT (WO) |
| KOCH FOODS, INC., Montgomery, AL, | ) ) ) | |
| Garnishee, | ) ) | |
| LAQUANTA GRANT, | ) ) | |
| Defendant. | ) | |

ORDER REDUCING WAGE-WITHHOLDING AMOUNT

Upon consideration of the government's unopposed motion to reduce the wage-withholding amount under the writ of garnishment, it is ORDERED that:

(1) The motion (doc. no. 10) is granted.

(2) The amount Garnishee Koch Foods, Inc. shall withhold under the writ of garnishment is reduced to 10 % of defendant LaQuanta Grant's net monthly pay.

DONE, this the 30th day of May, 2019.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE