IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:17mc3795-MHT |
| | ) | (WO) |
| KOCH FOODS, INC., | ) | |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| LAQUANTA GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the government's motion to dismiss the writ of garnishment (Doc. 12), it is ORDERED that:

(1) This case is administratively reopened.

(2) The motion is granted, and the writ of garnishment (Doc. 2) is dismissed.

(3) This case is closed.

DONE, this the 20th day of March, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE